**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Keith Jeromeo MILTON, Defendant–
Appellant.**

**No. 12–10721
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 16, 2012.

Todd B. Grandy, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Bonnie Ames Glober, Russell C. Stoddard, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Keith Jeromeo Milton, FCI Jesup—Inmate Legal Mail, Jesup, GA, for Defendant–Appellant.

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Susan Good Yazgi, appointed appellate counsel for Keith Milton in this direct criminal appeal, has filed a motion to withdraw on appeal and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). An independent review of the record reveals no issue of arguable merit for us to consider on appeal. Therefore, counsel's motion to withdraw is **GRANTED** and Milton's conviction and sentence are **AFFIRMED**. We do note a clerical error in the judgment, however. The written judgment states that Milton was convicted of possessing cocaine base with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), but Milton was convicted of distributing cocaine base under that statute. We therefore **VACATE AND REMAND** for the limited purpose of entering a judgment in conformity with the indictment and Milton's plea.